| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Peter M. Lively, 162686<br>Ilya B. Volk, 272407<br>Law Office of Peter M. Lively<br>11268 Washington Boulevard, Suite 203<br>Culver City, CA 90230-4647<br>Telephone: (310) 391-2400<br>Facsimile: (310) 391-2462<br>Peter@PeterMLively.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* Cesar Burguillos Giron | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>CESAR BURGUILLOS GIRON<br><br>Debtor. | CASE NO.: 2:14-bk-13758-WB<br>CHAPTER: 13 |
|---|---|
| Debtor(s). | **NOTICE OF MOTION FOR ORDER WITHOUT A HEARING**<br><br>**[LBR 9013-1(p) or (q)]**<br><br>[No hearing required] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) Cesar Burguillos Giron,
   filed a motion or application (Motion) entitled Motion for Order Authorizing Debtor to Enter into Loan Modification Agreement with Holder of Note secured by First Deed of Trust against Debtor's Residence.

2. Movant(s) requests that the court grant the motion without a hearing as provided for in:

   ☒ LBR 9013-1(p), which, in addition to notice via Notice of Electronic Filing, requires the motion to be served on additional parties as specified in LBR 4001-2(h)   ; or

   ☐ LBR 9013-1(q), which requires service of the motion only on parties via Notice of Electronic Filing.

3. The motion is based upon the legal and factual grounds set forth in the motion. (*Check appropriate box below*):

   ☐ The full motion is attached to this notice; or

   ☒ The full motion was filed with the court as docket entry # 38, and a detailed description of the relief sought is attached to this notice.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. Movant will promptly lodge an order that the court may use to rule on the motion, as the court may rule on the motion without a hearing and without an opportunity for any party to file a request for a hearing,.

Respectfully submitted,

Date: 10/25/18

_____
Signature of Movant or attorney for Movant

Peter M. Lively
Printed name of Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*        Page 2        **F 9013-1.2.NO.HEARING.NOTICE**

*In re: Cesar Burguillos Giron*
Chapter 13
Case No. 2:14-bk-13758-WB

## Attachment to Notice of Motion For Order Without Hearing
## Pursuant to LBR 9013-(p) for Debtor's Motion for Order Authorizing
## Debtor to Enter into Loan Modification Agreement with
## Holder of First Deed of Trust Secured by Debtor's Residence

Description of relief sought:

Debtor seeks court authority to enter into a loan modification agreement with THIRD FEDERAL SAVINGS AND LOAN ASSOCIATION the Original Lender, Beneficial Lender, or Servicing Agent for the holder of the note secured by a first deed of trust against Debtor's Residence, the real property commonly known as 800 W. 173rd Street, Gardena, CA 90247. Debtor understands that court approval of this Motion does not constitute court approval of the terms of the loan modification agreement.

| In re:<br>Cesar Giron<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER 2:14-bk-13758-WB |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11268 Washington Boulevard, Suite 203, Culver City, California 90230-4647.

A true and correct copy of the foregoing document entitled: NOTICE OF MOTION FOR ORDER WITHOUT HEARING; MOTION FOR ORDER AUTHORIZING DEBTOR TO ENTER INTO LOAN MODIFICATION AGREEMENT WITH HOLDER OF FIRST DEED OF TRUST SECURED BY DEBTOR'S RESIDENCE; DECLARATION OF CESAR BURGUILLOS IN SUPPORT THEREOF will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 25, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On October 25, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on N/A , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/25/2018 | Eddy Paredes | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                     F 9013-3.1.PROOF.SERVICE

| In re:<br>Cesar Giron<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:14-bk-13758-WB |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

United States Trustee:
United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Chapter 13 Trustee:
Nancy K Curry (TR)
ecfnc@trustee13.com

Courtesy NEF:
Robert P Zahradka
Pite Duncan LLP
ecfcacb@piteduncan.com

Creditor:
Scott S Weltman
Weltman Weinberg & Reis Co LPA
colcaecf@weltman.com

Wells Fargo Bank NA
bruce.brown2@wellsfargo.com
erin.holliday@wellsfargo.com
sabekhon.nahar@wellsfargo.com
corey.phuse@wellsfargo.com
shainna.surles@yahoo.com
Yadira.P.Delgado@wellsfargo.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

**via U.S. Mail:**

Debtor:
Cesar Burguillos Giron
800 W. 173rd. St.
Gardena, CA 90247

Creditor:
Third Federal Savings & Loan Association
7007 Broadway Ave.
Cleveland, OH 44105

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE